NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE THREE-DIMENSIONAL MEDIA GROUP, LTD.

---

2011-1055
(Reexamination No. 90/007,578)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

# O R D E R

Three-Dimensional Media Group, Ltd. moves for a 10-day extension of time, until March 14, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Seth H. Ostrow, Esq.
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2011

JAN HORBALY
CLERK